Certificate Number: 06167-WIE-DE-040951113

Bankruptcy Case Number: 26-21827

06167-WIE-DE-040951113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 7, 2026, at 7:00 o'clock PM CDT, Kimberly Mandt completed a course on personal financial management given by telephone by Hananwill Financial Education Services, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: May 7, 2026

By: /s/Jay W Prindable

Name: Jay W Prindable

Title: President - Instructor